IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASIR FINNEMEN, | : | CIVIL ACTION |
| | : | NO. 15-1654 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEPTA, et al. | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **13th** day of **April, 2018**, after the conclusion of trial, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion in limine (ECF No. 88) is **DENIED** as moot.

2. Defendant's Motion for Judgment as a Matter of Law (ECF No. 92) is **DENIED** as moot.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,  J.**